

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

December 12, 2007

**MEMO ENDORSED**

BY HAND

Honorable Gerard E. Lynch
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007



Re: Julia Crespo v. Astrue
    07 Civ. 6577 (GEL)

Dear Judge Lynch:

The Government's answer in the above-referenced Social Security case is due December 14, 2007. We write respectfully to request a 30-day extension of time, to January 14, 2008, to answer or move with respect to the complaint. Plaintiff, who is proceeding pro se, has consented to this adjournment. The reason for this request is that the Commissioner of Social Security recently offered to remand this case for further administrative proceedings, and adjourning the answer date will give plaintiff time to consider this offer. One prior adjournment of the answer date was granted. We appreciate the Court's consideration of this request.

So ordered.
/s/ Maas
USMJ
12/17/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Julia Crespo
    Plaintiff pro se