ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JULIA CRESPO,                    :
                                 :
                    Plaintiff,   :
                                 :
          - v. -                 :    STIPULATION AND ORDER
                                 :         OF REMAND
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :    07 Civ. 6577 (GEL)
Social Security,                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
December 11, 2007

                                JULIA CRESPO
                                Plaintiff pro se
                                32 Broad Street
                                  Second Floor
                                Haverstraw, New York 10927
                                Telephone No.: (845) 270-7180

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendant

By: _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     86 Chambers Street - 3rd Floor
     New York, New York 10007
     Telephone No.: (212) 637-2713

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE